**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **EDWIN MIRANDA-SANCHEZ,**<br>    **Plaintiff**<br><br>    **v.**<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br>    **Defendant** | **Civil No. 06-1632 (ADC)** |

## ORDER

Before the Court is Chief Magistrate-Judge Justo Arena's Report and Recommendation (**Docket No. 15**). In his Report and Recommendation, the Chief Magistrate-Judge recommends that the decision of the Commissioner, be vacated and that the case be remanded for the taking of vocational testimony and further assessment regarding plaintiff's residual functional capacity.

Neither party filed objections to the Report and Recommendation within the time frame provided by the Federal Rules of Civil Procedures and this Court's Local Rules. *See* Fed.R.Civ.P. 72 (b); 28 U.S.C. § 636 (b)(1)(B) and D.P.R. L.Cv. R. 72(d).

After reviewing the record, the Court agrees with the arguments, reasoning and conclusions in the Report and Recommendation recommending that the Commissioner's determination be vacated and for the case to be remanded for further proceedings.

Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, the Clerk of Court is to enter Judgment in accordance with the terms and conditions set forth in the Report and Recommendation and this Order.

Civil No. 06-1632 (ADC)                          Page 2

As such, pending motions at **Docket No. 13**, is **NOTED**, at **Docket No. 15** (is **ADOPTED**) and **Docket No. 17** is deemed **GRANTED**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 11th day of June, 2007.

                                     S/**AIDA M. DELGADO-COLON**
                                       **United States District Judge**